UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>-vs-<br>KENNETH LEE TANNEHILL, JR.,<br><br>                Defendant. | NO.    CR-02-2150-WFN-1<br><br>ORDER |

Pending before the Court is Defendant's Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense (Ct. Rec. 87). The Defendant pled guilty to possession with intent to distribute at least 50 grams of a mixture or substance containing a detectable amount of methamphetamine and at least 500 grams of a mixture or substance containing a detectable amount of cocaine (Ct. Rec. 78). The Defendant was sentenced based on these types of drugs. Since crack cocaine was not involved, the Defendant is ineligible for the resentencing requested.

The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that Defendant's Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense, filed June 23, 2008, **Ct. Rec. 87**, is **DENIED**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 16th day of June, 2009.

                                                                       s/ Wm. Fremming Nielsen
                                                       WM. FREMMING NIELSEN
06-15                                         SENIOR UNITED STATES DISTRICT JUDGE

ORDER